IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>         Plaintiffs,            )<br>                                 )<br>    vs.                          )<br>                                 )<br> JAMES DALE HARRIS,              )<br>                                 )<br>         Defendant.              )<br>_____) | No. CR-F-04-5046 AWI<br><br>ORDER EXONERATING BOND |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X ) The defendant's passport is ordered returned:

( ) The property bond posted is exonerated and reconveyed:

( ) The cash bond posted is exonerated and the money returned to the surety.

IT IS SO ORDERED.

**Dated:   March 10, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

9/26/96 exonbnd.frm